IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, DR. ADAM CORLEY, and TYLER REGIONAL HOSPITAL, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES,<br><br>*Defendants*. | Civil Action No. 6:22-cv-00372-JDK |

**JOINT MOTION TO CONSOLIDATE AND TO SET AN
EXPEDITED SUMMARY JUDGMENT BRIEFING SCHEDULE**

The parties to the above-captioned case respectfully submit this joint motion to consolidate this action with *LifeNet, Inc. v. Department of Health & Human Services*, No. 6:22-cv-00373, and to set an expedited summary judgment briefing schedule that would permit this Court to render a decision in the consolidated actions by the end of January 2023. Counsel for LifeNet has authorized the parties to represent that LifeNet joins in the relief sought in this motion.

These two cases are follow-on actions to *Texas Medical Association v. Department of Health & Human Services*, No. 6:21-CV-425-JDK, 2022 WL 542879 (E.D. Tex. Feb. 23, 2022), and *LifeNet, Inc. v. Department of Health & Human Services*, 2022 WL 2959715, No. 6:22-cv-00162 (E.D. Tex. July 26, 2022), in which this Court invalidated portions of an interim final rule issued by defendants that addressed the standards for the independent dispute resolution ("IDR") process established by the No Surprises Act ("NSA").

1

Defendants have now issued a final rule implementing the NSA's IDR process. *See* 87 Fed. Reg. 52,618 (Aug. 26, 2022). The final rule removes the provisions of the interim final rule that were vacated by this Court in the earlier actions and replaces them with a new set of provisions. In the two new cases, plaintiffs challenge the final rule on substantially similar grounds, alleging that it unlawfully privileges the qualifying payment amount ("QPA") over the other statutory factors. Defendants dispute this characterization of the final rule, and they deny that plaintiffs are entitled to relief with respect to that rule. Because the cases raise common issues of law, judicial economy would best be served by consolidating them for purposes of briefing and decision. *See* Fed. R. Civ. P. 42(a) (authorizing consolidation where "actions before the court involve a common question of law or fact"). The parties request that this action be designated the lead case, and that all future filings be made in this docket.

The final rule takes effect on October 25, 2022, 87 Fed. Reg. at 52,618, and applies to items and services provided or furnished on or after that date, *id.* at 52,632. The parties estimate that arbitrators could begin reviewing cases under the final rule by the first week of February 2023 and that arbitrators would begin issuing decisions under the final rule by early March 2023. Accordingly, the parties jointly move the Court to adopt the following agreed-upon schedule for summary judgment briefing:

- Plaintiffs' motions for summary judgment – October 12, 2022
- *Amicus curiae* briefs supporting plaintiffs – October 19, 2022
- Defendants' opposition/cross-motion for summary judgment – November 9, 2022
- *Amicus curiae* briefs supporting defendants – November 16, 2022
- Plaintiffs' oppositions/replies in support of summary judgment – November 23, 2022
- Defendants' reply in support of summary judgment – December 15, 2022

All counsel in both matters note that they are available for oral argument from December 19 through December 22, 2022, and on January 3, 2023.

For the briefing format, the parties propose that plaintiffs in each of the two cases be permitted to file (i) separate summary judgment motions of up to 30 pages each and (ii) separate opposition/reply briefs of up to 30 pages each. However, plaintiffs anticipate that they may be able to coordinate to avoid duplication and may not use all of their allotted pages. Therefore, the parties propose that defendants be permitted to file (i) a single consolidated opposition/cross-motion for summary judgment of at least 40 pages, up to a maximum of the total combined page count of plaintiffs' summary judgment motions and (ii) a single consolidated reply brief of at least 30 pages, up to a maximum of half the total combined page count of plaintiffs' opposition/reply briefs. All parties reserve the right to request additional pages for their opposition and reply briefs, after reviewing the other parties' submissions.

Plaintiffs agree to waive defendants' obligation to answer the complaints, and defendants reserve the right to raise threshold objections to either complaint in their dispositive briefing.

## CONCLUSION

For these reasons, the parties respectfully request that the Court consolidate the two actions and enter the proposed briefing schedule and format set out above. Proposed orders are attached.

Dated: September 30, 2022                Respectfully submitted,


/s/ *Penny P. Reid*

Penny P. Reid
Texas Bar No. 15402570
preid@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave., Suite 2000
Dallas, Texas 75201
Tel: (214) 981-3413

3

Fax: (214) 981-3400

Eric D. McArthur (*pro hac vice forthcoming*)
emcarthur@sidley.com
Brenna E. Jenny (*pro hac vice forthcoming*)
bjenny@sidley.com
Madeleine Joseph† (*pro hac vice forthcoming*)
mjoseph@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8018
Fax: (202) 736-8711

Jaime L.M. Jones (*pro hac vice forthcoming*)
jaime.jones@sidley.com
Joseph R. LoCascio (*pro hac vice forthcoming*)
joseph.locascio@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-0751
Fax: (312) 853-7036

*Counsel for Plaintiffs*


†Admitted only in Massachusetts; pending approval of application for admission to the D.C. Bar, practicing law in the District of Columbia under the supervision of principals of the firm who are members in good standing of the D.C. Bar.


/s/ Anna Deffebach
ANNA DEFFEBACH
Trial Attorney
D.C. Bar No. 241346
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-8356
Fax: (202) 616-8470
E-mail: anna.l.deffebach@usdoj.gov

4

*Counsel for Defendants*

## **CERTIFICATE OF CONFERENCE**

Undersigned counsel certifies that counsel for all parties have agreed upon this motion.

/s/ *Penny P. Reid*

Penny P. Reid

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). This document was also served on all counsel via email service, on September 30, 2022.

/s/ *Penny P. Reid*

Penny P. Reid