IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Case No. 6:22-cv-372-JDK <br><br> Lead Consolidated Case |

**ORDER ON SUMMARY JUDGMENT BRIEFING AND SETTING HEARING**

Before the Court is the parties' joint request for expedited briefing on summary judgment in this case. The Court hereby **GRANTS** the motion in part.

It is therefore **ORDERED** that the briefing schedule for summary judgment in this case is as follows:

| | |
|---|---|
| Plaintiffs' motions for summary judgment | October 12, 2022 |
| *Amicus curiae* briefs supporting plaintiffs | October 19, 2022 |
| Defendants' opposition/cross-motion for summary judgment | November 9, 2022 |
| *Amicus curiae* briefs supporting defendants | November 16, 2022 |
| Plaintiffs' oppositions/replies in support of summary judgment | November 23, 2022 |
| Defendants' reply in support of summary judgment | December 7, 2022 |

Plaintiffs in each of the two consolidated cases may file (i) separate summary judgment motions of up to 30 pages each and (ii) separate opposition/reply briefs of up to 30 pages each. Defendants may file (i) a single consolidated opposition/cross-motion for summary judgment of up to 50 pages and (ii) a single consolidated reply

1

brief of up to 30 pages. *Amicus curiae* need not file motions for leave before filing briefs.

Further, the Court hereby sets the parties' summary judgment motions for an in-person hearing on **December 20, 2022, at 9:30 a.m.**, at the William M. Steger Federal Building and United States Courthouse, 211 West Ferguson Street, Tyler, TX 75702.

Finally, Defendants' obligation to answer the complaints in these actions is waived.

So **ORDERED** and **SIGNED** this 4th   day of **October, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE