# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, et al., | ) |
| *Plaintiffs*, | ) |
| | ) Case No.: 6:22-cv-00372-JDK |
| v. | ) |
| | ) Lead Consolidated Case |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) |
| *Defendants*. | ) |

**DECLARATION OF JOAN E. DAVANZO**

1.  My name is Joan E. DaVanzo, Ph.D., M.S.W. I make this declaration in support of LifeNet, Inc.'s motion for summary judgment. I have personal knowledge of the matters discussed below, and if called as a witness I could competently testify to each of them.

2.  I am a health care researcher and Chief Executive Officer (CEO) of Dobson DaVanzo & Associates, LLC (Dobson | DaVanzo), a health economics and policy consulting firm located in the Washington DC metropolitan area. The firm was founded in 2007, and over the last fifteen years, the work of our principals has influenced the design of demonstrations and many public policy decisions, and it has appeared in numerous instances in legislation and regulation. Our litigation support efforts have helped courts, plaintiffs, and defendants understand the economic value of various health care matters. We are at the forefront of using administrative data sets to explore payment bundling and other financial issues for both commercial and government clients. We apply decades of experience, access to a broad range of policymakers and subject matter experts, and innovative research techniques to design rigorous and objective analyses that best meet our clients' needs.

1

3.      The Transparency in Coverage Act requires payors to disclose their current in-network rates, for a variety of services, beginning July 1, 2022.[1] At LifeNet's request, Dobson | DaVanzo obtained and analyzed the raw data that was made public by Aetna of Texas ("Aetna TX", and "Aetna TX Raw Data"). Specifically:

a.      Dobson | DaVanzo downloaded and extracted the machine-readable file (MRF) in JSON format for CY 2021 Texas Federal PPO Aetna Advantage data from the In-Network Negotiated Rates & Allowed Amount Files section of the Aetna MRF website.[2]

b.      After extraction, a Python 3 interpreter with the additional "JSON" community tested module was used for converting the machine-readable data. Once that data was loaded, normalized, and reshaped, Dobson | DaVanzo created two CSV files: (i) a contract-level rate file, containing the underlying fee schedule and negotiated rates, and (ii) a contract-to-provider crosswalk.

c.      Next, using Healthcare Common Procedure Coding System (HCPCS) codes, Dobson | DaVanzo created and filtered (i) the contract-level rate file, in order to isolate the subset of contract rates associated with the four HCPCS codes for air ambulance services.[3]

d.      Next, Dobson | DaVanzo created a base analytic file, by taking the following three steps:

---

[1] *See* Transparency in Coverage Act Final Rules, 45 C.F.R. § 147.211(b)(1)(iii); *see also* FAQs About Affordable Care Act and Consolidated Appropriations Act, 2021 Implementation Part 49 (Aug. 20, 2021), *available at* https://perma.cc/B7L7-QEKM; *see generally* D. Gordon, *New Healthcare Price Transparency Rule Took Effect July 1, But It May Not Help Much Yet*, Forbes.com, July 3, 2022, *available at* https://perma.cc/3YHP-TQQQ.
[2] https://health1.aetna.com/app/public/#/one/insurerCode=AETNACVS_I&brandCode=AFEHBPFI/machine-readable-transparency-in-coverage.
[3] The four rates are: One-way fixed-wing (A0430); one-way rotary-wing (A0431); fixed-wing per-loaded mile rate (A0435); and rotary-wing per-loaded-mile rate (A0436).

2

          i.      Dobson | DaVanzo merged the subset of the contract-rate file with the contract-to-provider crosswalk, using a contract-level identifier to match providers with contracts;

          ii.      Dobson | DaVanzo added provider names and provider specialty information (when available) to this file, using information that was obtained by matching the National Provider Identifiers (NPIs) in the Aetna data with the May 2022 extract of the National Plan & Provider Enumeration System (NPPES) provider information download file;[4] and then

          iii.      Dobson | DaVanzo added to that file the Medicare specialty group categories, applicable to each provider, which were obtained from the Provider Taxonomy Code found in a May 10, 2022 extract of the Medicare Provider and Supplier Taxonomy Crosswalk file.[5]

4.      Exhibit A to this declaration is a small, randomly chosen subset of the base analytic file, which is intended to illustrate the names and specialty groups of providers for whom the Aetna Raw Data showed air ambulance rates. For each of the randomly chosen providers, Exhibit A contains all underlying fee schedule or negotiated reimbursement rates for air ambulance service codes found in the Aetna Raw Data and associated with that provider. Exhibit A is organized by NPI and known Provider Specialty. The full base analytic file is much larger than Exhibit A, and contains over 5,000 rows of data.

5.      Exhibit B shows: (1) the total number of unique providers (i.e., NPIs) associated with that provider specialty type, and (2) for each provider specialty type, the median fee schedule rate of each of the four air ambulance service codes.

---

[4] https://download.cms.gov/nppes/NPI_Files.html
[5] https://data.cms.gov/provider-characteristics/medicare-provider-supplier-enrollment/medicare-provider-and-supplier-taxonomy-crosswalk/data

3

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10/12/2022

*Joan E. DaVanzo*
Joan E. DaVanzo

4

**Exhibit A: Extract of Aetna In-Network Underlying Fees Schedule or Negotiated Reimbursement Rate for Contracted Conventional Air Ambulance Services Providers**

| # | National Provider ID (NPI) | Provider Name | Provider Specialty | Fixed-Wing Rates | | Rotary Wing Rates | |
|---|---|---|---|---|---|---|---|
| | | | | Air Service (HCPCS A0430) | Per Statute Mile (HCPCS A0435) | Air Service (HCPCS A0431) | Per Statute Mile (HCPCS A0436) |
| 1 | 1003080375 | ASHESH PARIKH | Physician/Cardiovascular Disease | $6,241.42 | $20.48 | $14,392.12 | $44.98 |
| 2 | 1003129495 | MAHSA SHEKARI | Optometry | $2,095.73 | $34.86 | $2,436.59 | $43.05 |
| 3 | 1003329319 | JAZMINE MADDOX | Licensed Clinical Social Worker | $2,241.73 | $11.22 | $3,713.85 | $44.98 |
| 4 | 1003329319 | JAZMINE MADDOX | Licensed Clinical Social Worker | $3,570.00 | $20.48 | $5,075.03 | $55.31 |
| 5 | 1003329319 | JAZMINE MADDOX | Licensed Clinical Social Worker | $4,176.83 | $21.08 | $5,548.74 | $58.11 |
| 6 | 1003329319 | JAZMINE MADDOX | Licensed Clinical Social Worker | $4,755.24 | | $6,766.06 | $73.08 |
| 7 | 1003329319 | JAZMINE MADDOX | Licensed Clinical Social Worker | $6,241.42 | | $14,392.12 | |
| 8 | 1003337783 | PUBLIX SUPER MARKETS, INC | Other Medical Supply Company | $2,241.73 | $21.08 | $5,075.03 | $44.98 |
| 9 | 1003337783 | PUBLIX SUPER MARKETS, INC | Other Medical Supply Company | $4,755.24 | $25.00 | | |
| 10 | 1003349648 | COURTNEY WASHINGTON | Physician/Family Practice | $3,570.00 | $21.08 | $5,075.03 | $58.11 |
| 11 | 1003875238 | EYE TEL IMAGING LLC | Physician/Ophthalmology | $4,044.65 | $9.50 | $2,436.59 | $44.98 |
| 12 | 1003875238 | EYE TEL IMAGING LLC | Physician/Ophthalmology | $4,176.83 | $25.97 | $5,075.03 | $50.00 |
| 13 | 1003879180 | DVA RENAL HEALTHCARE INC | End-Stage Renal Disease Facility | $3,570.00 | $21.08 | $16,919.72 | $44.98 |
| 14 | 1003946310 | JENNIFER CLEVELAND | Psychologist Clinical | $2,241.73 | $11.22 | $3,713.85 | $44.98 |
| 15 | 1003946310 | JENNIFER CLEVELAND | Psychologist Clinical | $3,570.00 | $20.48 | $5,075.03 | $55.31 |
| 16 | 1003946310 | JENNIFER CLEVELAND | Psychologist Clinical | $4,176.83 | $21.08 | $5,548.74 | $58.11 |
| 17 | 1003946310 | JENNIFER CLEVELAND | Psychologist Clinical | $4,755.24 | | $6,766.06 | $73.08 |
| 18 | 1003946310 | JENNIFER CLEVELAND | Psychologist Clinical | $6,241.42 | | $14,392.12 | |
| 19 | 1013401371 | LEANA TALBOTT | Psychologist Clinical | $3,570.00 | $21.08 | $5,075.03 | $58.11 |
| 20 | 1013405034 | SCHULER DIALYSIS LLC | End-Stage Renal Disease Facility | $3,570.00 | $34.86 | $5,213.04 | $55.61 |
| 21 | 1013423227 | ANDREW MCLANE | Licensed Clinical Social Worker | $2,241.73 | $11.22 | $3,713.85 | $44.98 |
| 22 | 1013423227 | ANDREW MCLANE | Licensed Clinical Social Worker | $3,570.00 | $20.48 | $5,075.03 | $55.31 |
| 23 | 1013423227 | ANDREW MCLANE | Licensed Clinical Social Worker | $4,176.83 | $21.08 | $5,548.74 | $58.11 |
| 24 | 1013423227 | ANDREW MCLANE | Licensed Clinical Social Worker | $4,755.24 | | $6,766.06 | $73.08 |
| 25 | 1013423227 | ANDREW MCLANE | Licensed Clinical Social Worker | $6,241.42 | | $14,392.12 | |

| # | National Provider ID (NPI) | Provider Name | Provider Specialty | Fixed-Wing Rates | | Rotary Wing Rates | |
|---|---|---|---|---|---|---|---|
| | | | | Air Service (HCPCS A0430) | Per Statute Mile (HCPCS A0435) | Air Service (HCPCS A0431) | Per Statute Mile (HCPCS A0436) |
| 26 | 1013442102 | MAFON FOMUJANG | Nurse Practitioner | $2,241.73 | $20.48 | $5,075.03 | $44.98 |
| 27 | 1013442102 | MAFON FOMUJANG | Nurse Practitioner | $3,570.00 | $21.08 | $5,548.74 | $50.00 |
| 28 | 1013442102 | MAFON FOMUJANG | Nurse Practitioner | $4,755.24 | | $14,392.12 | $55.31 |
| 29 | 1013442102 | MAFON FOMUJANG | Nurse Practitioner | $6,241.42 | | | $58.11 |
| 30 | 1013442102 | MAFON FOMUJANG | Nurse Practitioner | | | | $133.26 |
| 31 | 1013551688 | PUBLIX NORTH CAROLINA, LP | Other Medical Supply Company | $2,241.73 | $25.00 | $5,075.03 | $44.98 |
| 32 | 1013948447 | GATEWAY COMMUNITY HC | Federally Qualified Health Ctr | $4,755.24 | $21.08 | $5,075.03 | $44.98 |
| 33 | 1023012481 | LAURA PIIPPO | Physician/Ophthalmology | $3,570.00 | $21.08 | $5,075.03 | $50.00 |
| 34 | 1023096237 | BRYAN ODITT | Physician Assistant | $3,570.00 | $21.08 | $5,548.74 | $44.98 |
| 35 | 1023115417 | EMMA GONZALEZ | Optometry | $4,044.65 | $25.63 | $5,075.03 | $44.98 |
| 36 | 1023495959 | NACOGDOCHES DIALYSIS | End-Stage Renal Disease Facility | $4,755.24 | $21.08 | $6,766.06 | $44.98 |
| 37 | 1023535523 | CROWN POINT EYE CARE | Optometry | $4,755.24 | $34.86 | $6,858.92 | $55.31 |
| 38 | 1023647286 | JENNIFER MELENDEZ | Nurse Practitioner | $4,755.24 | $21.08 | $5,075.03 | $44.98 |
| 39 | 1033382452 | STACY GHANAMI | Physical Therapist | $4,755.24 | $21.08 | $5,075.03 | $44.98 |
| 40 | 1033401351 | MAXIM HEALTHCARE SERVICES | Home Health Agency | $3,570.00 | $21.08 | $5,548.74 | $44.98 |
| 41 | 1043250103 | DAN CRISWELL | Physician/Family Practice | $3,570.00 | $17.60 | $5,075.03 | $50.00 |
| 42 | 1043303274 | RIAZ RAHMAN | Physician/Internal Medicine | $3,570.00 | $21.08 | $5,075.03 | $44.98 |
| 43 | 1043412299 | LIFEHME, INC. | Oxygen supplier | $3,570.00 | $34.86 | $6,766.06 | $55.31 |
| 44 | 1043711195 | ALEXIS MONTOYA VILLALPANDO | Psychologist Clinical | $4,755.24 | $17.60 | $5,548.74 | $140.00 |
| 45 | 1043824717 | CHE BEHAVIORAL HEALTH | Licensed Clinical Social Worker | $3,570.00 | $17.60 | $3,570.00 | $44.98 |
| 46 | 1043824717 | CHE BEHAVIORAL HEALTH | Licensed Clinical Social Worker | $4,755.24 | $20.48 | $4,831.31 | $55.61 |
| 47 | 1043824717 | CHE BEHAVIORAL HEALTH | Licensed Clinical Social Worker | | $21.01 | $5,075.03 | $124.30 |
| 48 | 1043824717 | CHE BEHAVIORAL HEALTH | Licensed Clinical Social Worker | | $30.00 | $5,213.04 | |
| 49 | 1053052506 | APERION CARE NILES LLC | Skilled Nursing Facility | $3,570.00 | $21.08 | $2,436.59 | $87.59 |
| 50 | 1053345553 | CLIFFORD FAGAN | Licensed Clinical Social Worker | $2,241.73 | $11.22 | $3,713.85 | $44.98 |

6

| # | National Provider ID (NPI) | Provider Name | Provider Specialty | Fixed-Wing Rates | | Rotary Wing Rates | |
|---|---|---|---|---|---|---|---|
| | | | | Air Service (HCPCS A0430) | Per Statute Mile (HCPCS A0435) | Air Service (HCPCS A0431) | Per Statute Mile (HCPCS A0436) |
| 51 | 1053345553 | CLIFFORD FAGAN | Licensed Clinical Social Worker | $3,570.00 | $20.48 | $5,075.03 | $55.31 |
| 52 | 1053345553 | CLIFFORD FAGAN | Licensed Clinical Social Worker | $4,176.83 | $21.08 | $5,548.74 | $58.11 |
| 53 | 1053345553 | CLIFFORD FAGAN | Licensed Clinical Social Worker | $4,755.24 | | $6,766.06 | $73.08 |
| 54 | 1053345553 | CLIFFORD FAGAN | Licensed Clinical Social Worker | $6,241.42 | | $14,392.12 | |
| 55 | 1053360131 | TORREY CARLSON | Optometry | $4,755.24 | $21.08 | $5,075.03 | $44.98 |
| 56 | 1053439125 | PROFESSIONAL VISIONCARE, INC | Optometry | $3,570.00 | $17.60 | $5,075.03 | $21.08 |
| 57 | 1053467431 | JACKIE MURPHY | Licensed Clinical Social Worker | $2,241.73 | $11.22 | $3,713.85 | $44.98 |
| 58 | 1053467431 | JACKIE MURPHY | Licensed Clinical Social Worker | $3,570.00 | $20.48 | $5,075.03 | $55.31 |
| 59 | 1053467431 | JACKIE MURPHY | Licensed Clinical Social Worker | $4,176.83 | $21.08 | $5,548.74 | $58.11 |
| 60 | 1053467431 | JACKIE MURPHY | Licensed Clinical Social Worker | $4,755.24 | | $6,766.06 | $73.08 |
| 61 | 1053467431 | JACKIE MURPHY | Licensed Clinical Social Worker | $6,241.42 | | $14,392.12 | |
| 62 | 1053735951 | COMPREHENSIVE HOSPITALIST SERVICES OF NEW MEXICO LLC | Physician/Hospitalist | $3,570.00 | $21.08 | $5,075.03 | $14.46 |
| 63 | 1053799064 | AKHIL SHENOY | Physician/Internal Medicine | $6,241.42 | $20.48 | $14,392.12 | $44.98 |
| 64 | 1063000636 | TRINA LINDSEY | Licensed Clinical Social Worker | $2,241.73 | $11.22 | $3,713.85 | $44.98 |
| 65 | 1063000636 | TRINA LINDSEY | Licensed Clinical Social Worker | $3,570.00 | $20.48 | $5,075.03 | $55.31 |
| 66 | 1063000636 | TRINA LINDSEY | Licensed Clinical Social Worker | $4,176.83 | $21.08 | $5,548.74 | $58.11 |
| 67 | 1063000636 | TRINA LINDSEY | Licensed Clinical Social Worker | $4,755.24 | | $6,766.06 | $73.08 |
| 68 | 1063000636 | TRINA LINDSEY | Licensed Clinical Social Worker | $6,241.42 | | $14,392.12 | |
| 69 | 1063059756 | MODUPE OLATUNDE | Nurse Practitioner | $2,241.73 | $21.08 | $5,075.03 | $43.05 |
| 70 | 1063059756 | MODUPE OLATUNDE | Nurse Practitioner | $3,570.00 | | $5,548.74 | $58.11 |
| 71 | 1063059756 | MODUPE OLATUNDE | Nurse Practitioner | | | | $133.26 |
| 72 | 1063089704 | SANDRA WINANS | Psychologist Clinical | $2,241.73 | $11.22 | $3,713.85 | $44.98 |
| 73 | 1063089704 | SANDRA WINANS | Psychologist Clinical | $3,570.00 | $20.48 | $5,075.03 | $55.31 |
| 74 | 1063089704 | SANDRA WINANS | Psychologist Clinical | $4,176.83 | $21.08 | $5,548.74 | $58.11 |
| 75 | 1063089704 | SANDRA WINANS | Psychologist Clinical | $4,755.24 | | $6,766.06 | $73.08 |

| # | National Provider ID (NPI) | Provider Name | Provider Specialty | Fixed-Wing Rates | | Rotary Wing Rates | |
|---|---|---|---|---|---|---|---|
| | | | | Air Service (HCPCS A0430) | Per Statute Mile (HCPCS A0435) | Air Service (HCPCS A0431) | Per Statute Mile (HCPCS A0436) |
| 76 | 1063089704 | SANDRA WINANS | Psychologist Clinical | $6,241.42 | | $14,392.12 | |
| 77 | 1063450740 | TOD GANN | Physical Therapist | $3,570.00 | $20.48 | $5,075.03 | $44.98 |
| 78 | 1063492338 | JOHN MCDONALD | Physician/Pathology | $4,755.24 | $21.08 | $5,075.03 | $44.98 |
| 79 | 1063669612 | LOUISIANA ORTHOPAEDIC SPEC | Clinic or Group Practice | $4,755.24 | $21.08 | $5,075.03 | $44.98 |
| 80 | 1063793123 | SUMMER LAAKE | Nurse Practitioner | $6,241.42 | $20.48 | $14,392.12 | $44.98 |
| 81 | 1063823425 | WALLY OMAR | Physician/Cardiovascular Disease (Cardiology) | $6,241.42 | $20.48 | $14,392.12 | $44.98 |
| 82 | 1063924397 | PUBLIX ALABAMA LLC | Other Medical Supply Company | $2,241.73 | $21.08 | $5,075.03 | $44.98 |
| 83 | 1063924397 | PUBLIX ALABAMA LLC | Other Medical Supply Company | $4,755.24 | $25.00 | | |
| 84 | 1073027843 | CLAUDIA STANLEY | Licensed Clinical Social Worker | $2,241.73 | $11.22 | $3,713.85 | $44.98 |
| 85 | 1073027843 | CLAUDIA STANLEY | Licensed Clinical Social Worker | $3,570.00 | $20.48 | $5,075.03 | $55.31 |
| 86 | 1073027843 | CLAUDIA STANLEY | Licensed Clinical Social Worker | $4,176.83 | $21.08 | $5,548.74 | $58.11 |
| 87 | 1073027843 | CLAUDIA STANLEY | Licensed Clinical Social Worker | $4,755.24 | | $6,766.06 | $73.08 |
| 88 | 1073027843 | CLAUDIA STANLEY | Licensed Clinical Social Worker | $6,241.42 | | $14,392.12 | |
| 89 | 1073069811 | SNG - PASADENA DIALYSIS CTR | End-Stage Renal Disease Facility | $4,755.24 | $21.08 | $6,766.06 | $44.98 |
| 90 | 1073286472 | JENNIFER GONZALEZ | Licensed Clinical Social Worker | $2,241.73 | $11.22 | $3,713.85 | $44.98 |
| 91 | 1073286472 | JENNIFER GONZALEZ | Licensed Clinical Social Worker | $3,570.00 | $20.48 | $5,075.03 | $55.31 |
| 92 | 1073286472 | JENNIFER GONZALEZ | Licensed Clinical Social Worker | $4,176.83 | $21.08 | $5,548.74 | $58.11 |
| 93 | 1073286472 | JENNIFER GONZALEZ | Licensed Clinical Social Worker | $4,755.24 | | $6,766.06 | $73.08 |
| 94 | 1073286472 | JENNIFER GONZALEZ | Licensed Clinical Social Worker | $6,241.42 | | $14,392.12 | |
| 95 | 1073776860 | SOUTHWEST REGIONAL PCR, LLC | Clinical Laboratory | $3,570.00 | $17.60 | $4,831.31 | $44.98 |
| 96 | 1073776860 | SOUTHWEST REGIONAL PCR, LLC | Clinical Laboratory | $5,891.50 | $21.08 | $5,075.03 | $124.30 |
| 97 | 1073902771 | PRIMROSE DIALYSIS, LLC | End-Stage Renal Disease Facility | $3,570.00 | $34.86 | $5,213.04 | $55.61 |
| 98 | 1093463838 | KIRCHNER WOMENS CLINIC | Physician/Obstetrics & Gynecology | $2,241.73 | $21.08 | $5,548.74 | $133.26 |
| 99 | 1093708687 | DUANE MILLER | Physician/Psychiatry | $6,241.42 | $20.48 | $14,392.12 | $44.98 |
| 100 | 1093712424 | PATRICIA FENDERSON | Physician/Pathology | $4,755.24 | $21.08 | $5,075.03 | $44.98 |

**Exhibit B: Aetna Median In-Network Underlying Fee Schedule or Negotiated Reimbursement Rate for Contracted Conventional Air Ambulance Services Providers Offering Air Ambulance Services by HCPCS Codes and Provider Specialty**

| Specialty Code | Specialty | # of Unique Providers | Fixed-Wing | | Rotary Wing | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Air Service (HCPCS A0430) | Per Statute Mile (HCPCS A0435) | Air Service (HCPCS A0431) | Per Statute Mile (HCPCS A0436) |
| 02 | Physician/General Surgery | 6 | $1,973.88 | $19.31 | $5,920.55 | $58.11 |
| 03 | Physician/Allergy/ Immunology | 1 | $3,570.00 | $21.08 | $5,075.03 | $14.46 |
| 04 | Physician/Otolaryngology | 1 | $3,807.33 | $23.80 | $10,997.38 | $56.86 |
| 05 | Physician/Anesthesiology | 2 | $4,162.62 | $21.08 | $5,075.03 | $44.98 |
| 06 | Physician/Cardiovascular Disease (Cardiology) | 5 | $6,241.42 | $20.48 | $14,392.12 | $44.98 |
| 08 | Physician/Family Practice | 24 | $3,570.00 | $21.05 | $5,075.03 | $54.06 |
| 11 | Physician/Internal Medicine | 10 | $4,176.83 | $20.48 | $5,075.03 | $44.98 |
| 16 | Physician/Obstetrics & Gynecology | 3 | $2,241.73 | $21.08 | $5,548.74 | $133.26 |
| 18 | Physician/Ophthalmology | 7 | $3,535.00 | $21.01 | $5,075.03 | $44.98 |
| 22 | Physician/Pathology | 39 | $4,755.24 | $21.08 | $5,075.03 | $44.98 |
| 26 | Physician/Psychiatry | 11 | $4,176.83 | $20.48 | $5,075.03 | $44.98 |
| 30 | Physician/Diagnostic Radiology | 4 | $2,241.73 | $17.60 | $5,075.03 | $55.61 |
| 35 | Chiropractic | 2 | $4,044.65 | $21.08 | $5,075.03 | $44.98 |
| 36 | Physician/Nuclear Medicine | 1 | $6,241.42 | $20.48 | $14,392.12 | $44.98 |
| 37 | Physician/Pediatric Medicine | 2 | $3,364.56 | $21.05 | $5,075.03 | $44.98 |
| 41 | Optometry | 35 | $3,570.00 | $21.08 | $5,075.03 | $44.98 |
| 43 | Certified Registered Nurse Anesthetist (CRNA) | 1 | $6,241.42 | $20.48 | $14,392.12 | $44.98 |
| 47 | Independent Diagnostic Testing Facility (IDTF) | 1 | $4,755.24 | $21.08 | $5,548.74 | $143.35 |
| 49 | Ambulatory Surgical Center | 1 | $3,570.00 | $21.08 | $16,919.72 | $44.98 |
| 50 | Nurse Practitioner | 26 | $4,110.74 | $21.08 | $5,075.03 | $50.00 |
| 54 | Other Medical Supply Company | 20 | $3,570.00 | $21.08 | $5,075.03 | $44.98 |
| 58 | Medical Supply Company with Pharmacist | 3 | $3,570.00 | $25.00 | $5,548.74 | $44.98 |
| 59 | Ambulance Service Provider | 9 | $3,570.00 | $21.08 | $5,548.74 | $44.98 |
| 61 | Voluntary Health or Charitable Agency[1] | 1 | $3,570.00 | $20.48 | $5,075.03 | $44.98 |
| 62 | Psychologist Clinical | 34 | $4,176.83 | $20.48 | $5,548.74 | $55.31 |

| Specialty Code | Specialty | # of Unique Providers | Fixed-Wing | | Rotary-Wing | |
|---|---|---|---|---|---|---|
| | | | Air Service (HCPCS A0430) | Per Statute Mile (HCPCS A0435) | Air Service (HCPCS A0431) | Per Statute Mile (HCPCS A0436) |
| 64 | Audiologist | 3 | 3570 | 21.08 | 5075.03 | 58.11 |
| 65 | Physical Therapist in Private Practice | 6 | 3570 | 20.48 | 5075.03 | 44.98 |
| 69 | Clinical Laboratory | 12 | 3807.325 | 21.08 | 5075.03 | 44.98 |
| 70 | Clinic or Group Practice | 6 | 3570 | 21.045 | 5075.03 | 51.545 |
| 71 | Registered Dietitian or Nutrition Professional | 1 | 2241.73 | 21.08 | 6766.06 | 44.98 |
| 75 | Slide Preparation Facility | 1 | 4755.24 | 21.08 | 5075.03 | 44.98 |
| 80 | Licensed Clinical Social Worker | 202 | 4176.83 | 20.48 | 5548.74 | 55.31 |
| 86 | Physician/Neuropsychiatry | 2 | 3570 | 21.08 | 5075.03 | 51.545 |
| 92 | Physician/Radiation Oncology | 1 | 1354.31 | 17.6 | 6766.06 | 58.11 |
| 93 | Physician/Emergency Medicine | 8 | 4162.62 | 21.08 | 5075.03 | 51.545 |
| 97 | Physician Assistant | 10 | 4755.24 | 21.08 | 5075.03 | 44.98 |
| A0 | Hospital | 5 | 3570 | 21.08 | 16919.72 | 44.98 |
| A1 | Skilled Nursing Facility | 7 | 3570 | 21.08 | 3713.85 | 44.98 |
| A4 | Home Health Agency | 5 | 3570 | 21.08 | 5548.74 | 44.98 |
| B1 | Oxygen supplier | 8 | 3570 | 34.86 | 5548.74 | 44.98 |
| B4 | Other Facilty/Center | 23 | 3570 | 21.08 | 5213.04 | 55.61 |
| C5 | Dentist | 1 | 4044.65 | 21.08 | 5075.03 | 44.98 |
| C6 | Physician/Hospitalist | 3 | 3570 | 21.08 | 5075.03 | 14.46 |
| UN | Unknown | 966 | 4176.83 | 20.48 | 5548.74 | 55.31 |