# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, et al., § § § § <br> Plaintiffs, § § <br> v. § § <br> UNITED STATES DEPARTMENT OF § HEALTH AND HUMAN SERVICES, § et al., § § <br> Defendants. § § | Case No. 6:22-cv-372-JDK <br><br> Lead Consolidated Case |

## NOTICE

The Court has set the parties' summary judgment motions for an in-person hearing on **December 20, 2022, at 9:30 a.m.** Any person interested in listening to the hearing may dial in to the telephone conference number and meeting ID listed below.

Dial In Number: (571)353-2301

Meeting ID: 158301863#

So **ORDERED** and **SIGNED** this **7th** day of **December, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE