# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, *et al.*, § § § § § § Plaintiffs, § § v. § § UNITED STATES DEPARTMENT OF § HEALTH AND HUMAN SERVICES, § *et al.*, § § Defendants. § § | Case No. 6:22-cv-372-JDK |

## SCHEDULING ORDER

Based upon the parties' Joint Response to the Court's Order of December 20, 2022, Docket No. 93, the Court **ORDERS** that the briefing schedule in this case is as follows:

- Defendants shall file their Combined Opposition to East Texas Air One's Motion for Summary Judgment and Cross-Motion for Summary Judgment as to East Texas Air One on or before January 19, 2023.

- East Texas Air One shall file its Reply in Support of its Motion for Summary Judgment and Opposition to Defendants Cross-Motion for Summary Judgment on or before February 3, 2023.

- Defendants shall file their Reply in Support of their Cross-Motion for Summary Judgment as to East Texas Air One on or before February 17, 2023.

No further briefing will be considered without leave of the Court.

So **ORDERED** and **SIGNED** this **28th** day of **December, 2022.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE