# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 2, 2024
Lyle W. Cayce
Clerk

No. 23-40217

---

TEXAS MEDICAL ASSOCIATION; TYLER REGIONAL HOSPITAL, L.L.C.; DOCTOR ADAM CORLEY,

*Plaintiffs—Appellees*,

*versus*

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; DEPARTMENT OF LABOR; DEPARTMENT OF THE TREASURY; XAVIER BECERRA, *Secretary, U.S. Department of Health and Human Services*; JULIE A. SU, *Acting Secretary, U.S. Department of Labor*; JANET YELLEN, *Secretary, U.S. Department of Treasury*,

*Defendants—Appellants*,

---

LIFENET, INCORPORATED; EAST TEXAS AIR ONE, L.L.C.,

*Plaintiffs—Appellees*,

*versus*

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, *Secretary, U.S. Department of Health and Human Services*; UNITED STATES DEPARTMENT OF THE TREASURY; JANET YELLEN, *Secretary, U.S. Department of Treasury*; UNITED STATES DEPARTMENT OF LABOR; JULIE A. SU, *Acting Secretary, U.S. Department of Labor*; UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; KIRAN AHUJA,

No. 23-40217

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:22-CV-372
USDC No. 6:22-CV-373

_____

Before KING, JONES, and OLDHAM, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

KING, *Circuit Judge*, concurring in part and concurring in the judgment.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on **Sep 24, 2024**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

2